UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00244 |
| | ) | JUDGE CAMPBELL |
| ROGER WAYNE BATTLE | ) | |

## ORDER

Due to a criminal trial, the sentencing hearing in this case is RESCHEDULED for July 12, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE