UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00244 |
| | ) | JUDGE CAMPBELL |
| DELREGUS ALEXANDER | ) | |

ORDER

Pending before the Court is Defendant Alexander's Petition For The Court Ordered Time Credit Verification (Docket No. 941). The Government shall file a response to the Petition on or before July 25, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE